IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHOKE CANYON MOTEL, INC., | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CASE NO: 2:24-CV-00085 |
| CITY OF PORT ARANSAS, | § | |
| DAVID PARSONS, in his Individual Capacity, | § | |
| RICK ADAMS, in his Individual Capacity, and | § | |
| CARLA ANN VANZANT, in her Ind. Capacity | § | |
| DONALD L. PRATT, in his Individual Capacity | § | |
| GLENN MARTIN, in his Individual Capacity | § | |
| *Defendants.* | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Choke Canyon Motel, Inc., makes these disclosures pursuant to Federal Rule of Civil Procedure 7.1. The undersigned counsel for Plaintiff certifies that the following listed persons or entities are financially interested in the outcome of this litigation:

1. Choke Canyon Motel, Inc., Plaintiff.
2. Charles G. McCarley, President of Choke Canyon Motel, Inc.
3. Charles Smith, owner of Choke Canyon Motel, Inc.
4. The Melton Law Firm, P.L.L.C., Counsel to Plaintiff.

Respectfully submitted,

THE MELTON LAW FIRM, P.L.L.C.
925 South Capital of Texas Highway, Suite B225
Austin, Texas 78746
(512) 330-0017 Telephone
*/s/ John F. Melton*
John F. Melton
jmelton@jfmeltonlaw.com
State Bar No. 24013155
ATTORNEYS FOR PLAINTIFF

Dated: April 29, 2024.